Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Howard R. Robinson

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| HOWARD R. ROBINSON, ) | Case No.: CV 10-5265 RZ |
| ) | |
| Plaintiff, ) | /~~PROPOSED~~/ ORDER OF |
| ) | DISMISSAL |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the stipulation of the parties, ~~T~~ the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: February 07, 2011

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1   DATE: February 7, 2011           Respectfully submitted,

2                                    LAW OFFICES OF LAWRENCE D. ROHLFING
                                         /s/ Denise Bourgeois Haley
3                                    BY: _____
                                     Denise Bourgeois Haley
4                                    Attorney for plaintiff Howard R. Robinson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26